**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                             )<br>                    Plaintiff,                            )<br>                                                             )<br>vs.                                                         )<br>                                                             )<br>PATRICK LYNN WASHINGTON,      )<br>                                                             )<br>                    Defendant.                         )<br>_____ ) | Case No. 2:14-cr-00262-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Continue Hearing Currently set for September 25, 2014 (#30), filed September 23, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue Hearing Currently set for September 25, 2014 (#30) is **granted**.

**IT IS FURTHER ORDERED** that the motion hearing currently set for September 25, 2014 at 10:30 AM be vacated and continued to **Thursday, October 2, 2014 at 11:00 AM** in Courtroom 3A.

DATED this 23rd day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge