# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00262-JCM-GWF |
| vs. | |
| PATRICK LYNN WASHINGTON, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Motion to Re-open Detention Hearing (#17). On September 10, 2014, the court entered an order setting a deadline for the government's response and setting a hearing for 2:00 PM on September 18, 2014. The government filed a response (#23) opposing defendant's motion. On September 17, 2014, the court entered a minute order vacating the September 18, 2014, after reviewing the parties' stipulation (#22).

In the stipulation the parties stated that that they have commenced discussion of how to possibly resolve the case with a guilty plea. The case has not resolved and Defendant's Motion to Re-open Detention Hearing (#17) remains pending.

IT IS HEREBY ORDERED that, on or before December 1, 2014, the parties must file a joint status report stating their respective positions regarding the need for the court to set a hearing on this motion.

Dated this 20th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE