# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00262-JCM-VCF |
| vs. | **ORDER** |
| PATRICK LYNN WASHINGTON, | |
| Defendant. | |

Before the court is defendant Patrick Lynn Washington's Motion to Re-open Detention Hearing (#17). The government filed an opposition (#23). During the pendency of this motion the parties filed a stipulation (#22) allowing the government an additional two weeks to respond to the motion. As the government had already responded, the court vacated the hearing that had been set to consider this motion. On November 20, 2014, the court entered an order (#51) directing the parties to file a joint status report on or before December 1, 2014. The joint report was timely filed (#54).

The parties report that they were unable to reach a resolution of the instant case and request a ruling based on the motion (#17) and the response (#23).

The court having reviewed the motion, the response and other relevant portions of the court's file, and Good Cause Appearing,

IT IS HEREBY ORDERED:

1. Coordinating arrangements with the U. S. Marshals Service, Pretrial Services is directed to interview Patrick Lynn Washington and submit a supplemental report to the court; and

      2.      Pretrial Services is also directed to verify the willingness and suitability of Timmie Lorenzo Cameron and/or defendant Patrick Lynn Washington's mother to serve as a third party custodian, and to include this information in the supplemental report.

The court will decide the pending motion upon receipt of the supplemental report.

DATED this 2nd day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE