# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-262 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| PATRICK LYNN WASHINGTON, | |
| Defendant(s). | |

Presently before the court is the case of *United States v. Patrick Lynn Washington*, case number 2:14-cr-00262-JCM-GWF.

On June 9, 2015, defendant Washington pled guilty to one count of being a felon in possession of a firearm and one count of being a felon in possession of ammunition. (Doc. # 89). The court scheduled defendant Washington's sentencing for September 8, 2015, at 11:00 AM. (*Id.*).

Due to a shifting of case load assignments in the probation office, the court finds it necessary to continue defendant Washington's sentencing to allow probation to complete a thorough pre-sentence report on defendant Washington's behalf.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Patrick Lynn Washington's sentencing scheduled for September 8, 2015, at 11:00 AM be, and the same hereby is, VACATED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's sentencing is hereby rescheduled for **Thursday, September 24, 2015, at 10:00 AM**.

DATED July 9, 2015.

_____
UNITED STATES DISTRICT JUDGE