DAN HILL, ESQ.
NV Bar # 12773
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN LLP
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Tel:  (702) 341-5200
Fax:  (702) 341-5300
DHill@wrslawyers.com
*Attorney for Defendant Patrick Washington*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:14-CR-00262-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| PATRICK LYNN WASHINGTON, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip Smith, Assistant United States Attorney, counsel for the United States of America, and Dan Hill, counsel for defendant Patrick Washington, that the sentencing hearing currently scheduled for October 28, 2015, at the hour of 10:30 a.m. be vacated and set to a date and time convenient to this court, but in no event earlier than **30 days** after the current date.

This Stipulation is entered into for the following reasons:

1. Magistrate Judge George Foley, Jr. granted Defendant's previous counsel's motion to withdraw as counsel on October 26, 2015.

2. Current counsel for Defendant, Dan Hill, was appointed on this case on October 27, 2015. Mr. Hill is not yet familiar with all the aspects of this case.

3. The defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

1    5.    The additional time requested herein is not sought for purposes of delay.

2    6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request to continue the sentencing hearing filed herein.

DATED this 28th day of October 2015.

| /s/ Dan Hill | /s/ Phillip Smith, Jr. |
|---|---|
| DAN HILL, ESQ. | PHILLIP SMITH, JR., ESQ. |
| Counsel for Defendant Patrick Washington | Assistant U. S. Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>PATRICK LYNN WASHINGTON,<br><br>     Defendant. | CASE NO.: 2:14-CR-00262-JCM-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation to Continue Sentencing Hearing, and good cause appearing therefore, the Court finds that:

1. Magistrate Judge George Foley, Jr. granted Defendant's previous counsel's motion to withdraw as counsel on October 26, 2015.

2. Current counsel for Defendant, Dan Hill, was appointed on this case on October 27, 2015. Mr. Hill is not yet familiar with all the aspects of this case.

3. The defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

//
//
//
//
//
//
//

3

**CONCLUSIONS OF LAW**

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 28, 2015, at the hour of 10:30 a.m. be vacated and continued to Tuesday, December 8, 2015 at 10:00 a.m., in courtroom 6A.

DATED this 28th day of October 2015.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE