# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-262 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| PATRICK LYNN WASHINGTON, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Washington*, case no. 2:14-cr-00262-JCM-GWF. Petitioner Patrick Washington filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 124). Briefing shall proceed as follows: respondent has twenty-one days from the date of this order to file a response. Thereafter, petitioner has fourteen days to file a reply.

Accordingly,

IT IS ORDERED that respondent file a response to petitioner's motion to reduce sentence (ECF No. 124) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

DATED June 12, 2018.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**