James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-262 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| PATRICK LYNN WASHINGTON, | |
| Defendant(s). | |

Presently before the court is the defendant Patrick Washington's motion to extend time to file a reply in support of his motion to vacate. (ECF No. 127).

Plaintiff, who represents himself *pro se*, cites the difficulty of researching and preparing a comprehensive reply without the assistance of counsel that addresses the government's responsive filing. *Id.* Plaintiff's response is currently due on July 3, 2018. *See* (ECF No. 125). Plaintiff requests an additional 20 days to reply to the government's arguments in its response. *Id.* Good cause appearing, the court will grant plaintiff an extension of time to file his reply.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion for extension of time (ECF No. 127) be, and the same hereby is, GRANTED. Defendant shall have until July 23, 2018, to file a reply in support of his motion.

DATED July 2, 2018.

_____
UNITED STATES DISTRICT JUDGE