UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-262 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| PATRICK LYNN WASHINGTON, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Washington*, case number 2:14-cr-00262-JCM-GWF-1.

On October 3, 2018, the court entered an order denying petitioner Patrick Washington's ("Washington") motion filed under 28 U.S.C. § 2255. (ECF No. 130). On October 4, 2018, the government filed a motion for entry of a separate judgment, as required by the Ninth Circuit's recent decision in *United States v. Kingsbury*, 900 F.3d 1147 (9th Cir. 2018). (ECF No. 131).

Accordingly,

IT IS HEREBY ORDERED that the government's motion for entry of a separate judgment (ECF No. 131) is GRANTED. The clerk of court is directed to enter a separate civil judgment denying Washington's § 2255 motion. *See* (ECF No. 124). The clerk shall file this order and the civil judgment in this case and in the related civil case, number 2:18-cv-01038-JCM.

DATED October 4, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**